## SHIRLEY v. THE STATE.

HILL, J. 1. There was no abuse of discretion in overruling the ground of the motion for a new trial which was based on newly discovered evidence.

2. "Causes of challenge to a juror propter defectum must be discovered and urged before verdict." *Henderson* v. *Fox,* 83 *Ga.* 233 (7), 245 (9 S. E. 839); *Brown* v. *State,* 105 *Ga.* 640 (31 S. E. 557). Accordingly it is too late, after verdict, to except to the service of a juror on the ground that he was under twenty-one years of age at the time of the verdict.

3. The verdict is supported by the evidence.

4. The other grounds of the motion for a new trial are without merit.
*Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Indictment for murder. Before Judge Worley. Franklin superior court. April 29, 1916.

*J. S. Haley* and *W. L. Hodges,* for plaintiff in error.

*Clifford Walker, attorney-general, Thomas J. Brown, solicitor-general,* and *Mark Bolding,* contra.